IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOROTHY L. HORSWILL, )
)
)
v. ) 3:03-0662
)
JO ANNE B. BARNHART, Commissioner of Social )
   Security )

## O R D E R

      Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends that the Plaintiff's Motion for Judgment on the Administrative Record be denied and the decision of the Commissioner be affirmed. Also before the Court are the objections to the Magistrate's Report and Recommendation filed by Plaintiff.

      The Court has considered the Report and Recommendation and the objections filed thereto. From all of which the Court finds the recommendation of the Magistrate Judge to be correct in fact and law. The decision of the Administrative Law Judge is supported by substantial evidence.

      For the reasons set forth in the Report and Recommendation of the Magistrate Judge, the Plaintiff's Motion for Judgment on the Administrative Record is DENIED and the decision of the Commissioner is AFFIRMED, and the case is **DISMISSED.**

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge